UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR.09-068 FCD |
| v. | ) | |
| | ) | |
| MICHAEL ANDREW WILLIAMS | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
 (X) Ad Prosequendum           () Ad Testificandum

Name of Detainee:         MICHAEL ANDREW WILLIAMS
Detained at (custodian):  SACRAMENTO COUNTY JAIL

Detainee is:   a.)   (X) charged in this district by: (X) Indictment () Information () Complaint
                         charging detainee with: **Bank Robbery (2 counts)**
        or    b.)   ()  a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)   () return to the custody of detaining facility upon termination of proceedings
        or    b.)   (X) be retained in federal custody until final disposition of federal charges, as a
                         sentence is currently being served at the detaining facility

*Appearance is necessary on* **Forthwith** *in the Eastern District of California.*

Signature:                    /s/ MICHELLE RODRIGUEZ
Printed Name & Phone No:      Michelle Rodriguez (916) 554-2773
Attorney of Record for:       United States of America

## WRIT OF HABEAS CORPUS
 (X) Ad Prosequendum           () Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **Forthwith** at 501 I Street, 8th Floor, Sacramento, California, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: March 5, 2009                          /s/ Gregory G. Hollows
                                              _____
                                              United States District/Magistrate Judge

williams68.ord

---

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | Jeremy Williams, Michael Williams, Jeremy Ryan Williams, Michael A. Williams | Male |
| Booking or CDC #: | X - REF. NO. 3157333 | DOB: |
| Facility Address: | 651 I Street | Race: |
| | Sacramento, CA 95814 | FBI #: |
| Facility Phone: | (916) 874-5417 | |
| Currently Incarcerated For: | Bank Robbery (2 counts) | |

---

### RETURN OF SERVICE

Executed on  _____       By: _____
                                                        (Signature)