```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
6  Attorney for Defendant
   MICHAEL WILLIAMS
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:09-CR-0068 FCD |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER CONTINUING |
| v. | ) HEARING |
| | ) |
| MICHAEL WILLIAMS, | ) Date: March 30, 2009 |
| | ) Time: 10:00 a.m. |
| Defendant. | ) Judge: Hon. Frank C. Damrell, Jr. |
| | ) |
| _____ | ) |

**IT IS HEREBY STIPULATED** by and Between Assistant United States Attorney Michelle Rodriguez, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant MICHAEL WILLIAMS, that the status conference scheduled for March 30, 2009, be vacated and the matter be continued to April 20, 2009 at 10:00 a.m. in order to permit time to complete certain defense investigation intended for use in exploring early resolution of the case.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act should be excluded between March 30, 2009, and April 20, 2009, pursuant to 18 U.S.C. §§ 3161(h)(8)(A) &(B)(iv)(Local Code T-4)

for the reasons stated above.

**IT IS SO STIPULATED**

Dated: March 24, 2009               /s/Michelle Rodriguez
                                    MICHELLE RODRIGUEZ
                                    Assistant U.S. Attorney
                                    Counsel for Plaintiff


Dated: March 24, 2009               /s/ Jeffrey L. Staniels
                                    JEFFREY L. STANIELS
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    MICHAEL WILLIAMS


**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated:  March 24, 2009
                                    _____
                                    FRANK C. DAMRELL, JR.
                                    UNITED STATES DISTRICT JUDGE