DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:09-CR-0068 FCD |
| Plaintiff, | ) ) | |
| v. | ) ) | STIPULATION AND ORDER CONTINUING HEARING |
| MICHAEL WILLIAMS, | ) ) | Date:   April 20, 2009 |
| Defendant. | ) ) | Time:   10:00 a.m. |
| | ) | Judge: Hon. Frank C. Damrell, Jr. |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and Between Assistant United States
Attorney Michelle Rodriguez, Counsel for Plaintiff, and Assistant
Federal Defender Jeffrey L. Staniels, Counsel for Defendant MICHAEL
WILLIAMS, that the status conference scheduled for April 20, 2009, be
vacated and the matter be continued to June 1, 2009, at 10:00 AM in
order to permit time to complete certain defense investigation intended
for use in exploring early resolution of the case.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy
Trial Act should be excluded between April 20, 2009, and June 1, 2009,
pursuant to 18 U.S.C. §§ 3161(h)(8)(A) &(B)(iv)(Local Code T-4) for the

1   reasons stated above.

2      **IT IS SO STIPULATED**

3   Dated: April 17, 2009          /s/Michelle Rodriguez

                                      MICHELLE RODRIGUEZ

4                                       Assistant U.S. Attorney

                                      Counsel for Plaintiff

5

6

7   Dated: April 17, 2009          /s/ Jeffrey L. Staniels

                                        JEFFREY L. STANIELS

8                                       Assistant Federal Defender

                                      Attorney for Defendant

9                                       MICHAEL WILLIAMS

10                           **O R D E R**

11      **IT IS SO ORDERED.**

12                   By the Court,

13

14   Dated:  April 17, 2009

15

16

17                     FRANK C. DAMRELL, JR.

                     UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28