```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    MICHAEL WILLIAMS
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:09-CR-0068 FCD |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER CONTINUING |
| v. | ) | HEARING |
| | ) | |
| MICHAEL WILLIAMS, | ) | Date:  June 1, 2009 |
| | ) | Time:  10:00 a.m. |
| Defendant. | ) | Judge: Hon. Frank C. Damrell, Jr. |
| | ) | |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and Between Assistant United States Attorney Michelle Rodriguez, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant MICHAEL WILLIAMS, that the status conference scheduled for June 1, 2009, be vacated and the matter be continued to July 13, 2009 at 10:00 a.m. in order to permit time to complete certain defense investigation intended for use in exploring resolution of the case.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act should be excluded between June 1, 2009, and July 13, 2009, pursuant to 18 U.S.C. §§ 3161(h)(8)(A) &(B)(iv)(Local Code T-4) for the

reasons stated above.

**IT IS SO STIPULATED**

Dated: May 29, 2009                     /s/Michelle Rodriguez
                                        MICHELLE RODRIGUEZ
                                        Assistant U.S. Attorney
                                        Counsel for Plaintiff


Dated: May 29, 2009                     /s/ Jeffrey L. Staniels
                                        JEFFREY L. STANIELS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        MICHAEL WILLIAMS


**O R D E R**

**IT IS SO ORDERED.**

            By the Court,

Dated:  May 29, 2009
                                        _____
                                        FRANK C. DAMRELL, JR.
                                        UNITED STATES DISTRICT JUDGE