DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:09-CR-0068 FCD |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING |
| v. ) | HEARING |
| ) | |
| MICHAEL WILLIAMS, ) | Date:  July 13, 2009 |
| ) | Time:  10:00 a.m. |
| Defendant. ) | Judge: Hon. Frank C. Damrell, Jr. |
| ) | |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and Between Assistant United States Attorney Michelle Rodriguez, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant MICHAEL WILLIAMS, that the status conference scheduled for July 13, 2009, be vacated and the matter be continued to August 3, 2009, at 10:00 a.m. due to the unavailability of defense counsel.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act should be excluded between July 13, 2009, and August 3, 2009, pursuant to 18 U.S.C. §§ 3161(h)(8)(A) &(B)(iv)(Local Code T-4) for the reasons stated above.

1 **IT IS SO STIPULATED**

3 Dated: July 8, 2009                     /s/Michelle Rodriguez
                                          MICHELLE RODRIGUEZ
4                                         Assistant U.S. Attorney
                                          Counsel for Plaintiff

6
7 Dated: July 8, 2009                     /s/ Jeffrey L. Staniels
                                          JEFFREY L. STANIELS
                                          Assistant Federal Defender
8                                         Attorney for Defendant
                                          MICHAEL WILLIAMS

**O R D E R**

**IT IS SO ORDERED.**

                    By the Court,

Dated:  July 8, 2009       _____
                                 FRANK C. DAMRELL, JR.
                                 UNITED STATES DISTRICT JUDGE