```
DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL WILLIAMS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:09-CR-0068 FCD |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING |
| v. ) | HEARING |
| ) | |
| MICHAEL WILLIAMS, ) | Date:  November 16, 2009 |
| ) | Time:  10:00 a.m. |
| Defendant. ) | Judge: Hon. Frank C. Damrell, Jr. |
| ) | |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and Between Assistant United States Attorney Michelle Rodriguez, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant MICHAEL WILLIAMS, that the sentencing proceeding scheduled for November 16, 2009, be vacated and the matter be continued to November 23, 2009, at 10:00 a.m., in order to permit defense counsel to object to the guideline affecting sentencing factor treating an implied threat of death as an express threat of death recommended by the probation.

**IT IS SO STIPULATED**

```
Dated: November 13, 2009          /s/Michelle Rodriquez
                                  MICHELLE RODRIGUEZ
                                  Assistant U.S. Attorney
                                  Counsel for Plaintiff
```

1

2  Dated: November 13, 2009            /s/ Jeffrey L. Staniels
                                      JEFFREY L. STANIELS
3                                     Assistant Federal Defender
                                      Attorney for Defendant
4                                     MICHAEL WILLIAMS

5

6                              **O R D E R**

7      **IT IS SO ORDERED.**

8                    By the Court,

9

10 Dated:  November 13, 2009

11                                    _____
                                      FRANK C. DAMRELL, JR.
12                                    UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation & Order              -2-